AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| REBECCA GUTIERREZ, as Personal Representative to the Estate of JACOB GUTIERREZ<br>*Plaintiff(s)*<br><br>v.<br><br>OTERO COUNTY BOARD OF COUNTY COMMISSIONERS et al.,<br>*Defendant(s)* | Civil Action No. 2:24-CV-00555-GJF-KRS |

## SUMMONS IN A CIVIL ACTION
## ON AMENDED COMPLAINT

To: *(Defendant's name and address)*  VITAL CORE HEALTH STRATEGIES, LLC.
Registered Agent: Corporation Service Company
110 E. Broadway St.
Hobbs, NM 88240


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mallory Gagan
New Mexico Priso & Jail Project
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Thursday, June 13, 2024

Elizabeth Hernandez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-CV-00555-GJF-KRS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Vital Core Health Strategies, LLC was received by me on *(date)* 6/13/24.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Corporation Service Company, who is designated by law to accept service of process on behalf of *(name of organization)* Vital Core Health Strategies, LLC. on *(date)* 6/18/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* The summons for Defendant Vital Core Health Strategies, LLC's Registered Agent: Corporatation Service Company was served on June 18, 2024 via certified mail as provided by Rule 1-004 NMRA.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 06/27/24

*Rachel Nuanes*
Server's signature

Rachel Nuanes, Paralegal
Printed name and title

New Mexico Prison & Jail Project
3800 Osuna Rd NE Ste #2,
Albuquerque, NM 87109
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Vital Core Health Strat. LLC
Registered agent.
Corp. Service Company
110 Broadway St
Hobbs, NM 88240

9590 9402 8688 3310 0317 77

2. Article Number (Transfer from service label)

9589 0710 5270 0749 3946 58

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ross Bell_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Ross Bell
C. Date of Delivery: 6/18/24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #

9590 9402 8688 3310 0317 77

LUBBOCK TX 794
18 JUN 2024 PM 21

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box

NMPJP
3800 Osuna Rd NE, Ste #2
Albuquerque, NM 87109