IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**REBECCA GUTIERREZ, as**
**Personal Representative to the Estate of**
**JACOB GUTIERREZ,**

    Plaintiff,

v.                                                                                                    2:24-cv-00555-GJF-KRS

**OTERO COUNTY BOARD OF**
**COUNTY COMMISSIONERS, NENA**
**SISLER, SUSIE LOEWEN, LAUREN**
**OBERLANDER, VITAL CORE HEALTH**
**STRATEGIES, LLC, ANDREA**
**STAFFORD, and MARK LAIN,**

    Defendants.

## ORDER

This matter is before the Court pursuant to Defendants Otero County Board of County Commissioners, Nena Sisler, and Susie Loewen's Unopposed Motion for Leave to File An Amended Answer **(Doc. No. 14)**. Having reviewed the Motion, noting it is unopposed, and being otherwise advised on the premises, the Court finds the Motion is well-taken and shall be **GRANTED**.

**IT IS ORDERED** that Doc. No. 14 shall be granted and the amended answer shall be filed **by September 6, 2024**.

                                                      HONORABLE KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

/s/ Taylor S. Rahn
Taylor S. Rahn
Robles, Rael & Anaya, P.C.
20 First Plaza Ctr. NW, Suite 500
Albuquerque, NM 87102
(505) 242-2228
taylor@roblearael.com
*Attorney for County Defendants*

Approved by:

Approved via email on August 28, 2024
Mallory Gagan
New Mexico Prison and Jail Project
3800 Osuna Road NE, Ste 2
Albuquerque, NM 87109
(505) 515-0939
mallory@nmpjp.org
*Attorney for Plaintiff*

Approved via email on August 28, 2024
Alfred A. Park
James J. Grubel
Park & Associates, LLC
3840 Masthead St. NE
Albuquerque, NM 87109
(505) 246-2805
apark@parklawnm.com
jgrubel@parklawnm.com
*Attorneys for Defendant Vital Core Strategies, LLC
and Andrea Stafford*