UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**REBECCA GUTIERREZ, as Personal
Representative to the Estate of
JACOB GUTIERREZ,**

     **Plaintiff,**

v.           No.: 2:24-CV-00555-GJF-KRS

**OTERO COUNTY BOARD OF COUNTY
COMMISSIONERS, NENA SISLER,
SUSIE LOEWEN, LAUREN OBERLANDER,
VITAL CORE HEALTH STRATEGIES, LLC,
ANDREA STAFFORD, and MARK LAIN.**

     **Defendants.**

### ORDER EXTENDING TIME FOR SERVICE ON DEFENDANTS

THIS MATTER having come before the Court on Plaintiff's unopposed *Motion to Extend Time for Service on Defendants pursuant to Fed. R. Civ. P. 4(m)*, [Doc. No. 15], the motion having been reviewed, and the Court being fully advised in the premises, the Court finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion is hereby granted. Plaintiff is hereby granted an additional 60 days to serve Defendants Mark Lain and Lauren Oberlander, making the new service deadline November 8, 2024.

*/s/ Kevin Sweazea*
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

 /s/ *Mallory Gagan*
Mallory Gagan
Attorney for Plaintiff
3800 Osuna Road NE, Ste 2
Albuquerque, NM 87109
(505) 515-0939
mallory@nmpjp.org

Approved as to Form:

/s/ Telephonically approved 8/29/24
Taylor S. Rahn
Attorney for County Defendants
20 First Plaza Ctr. NW, Suite 500
Albuquerque, NM 87102
(505) 242-2228
(505) 242-1106 (facsimile)
taylor@roblesrael.com

/s/ Electronically approved 8/29/24
James J. Grubel
Alfred A. Park
*Attorneys for Vital Core Health Systems. LLC*
*and Andrea Stafford*
3840 Masthead Street, N.E.
Albuquerque, NM 87109
jgrubel@parklawnm.com