UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

REBECCA GUTIERREZ, as Personal
Representative to the Estate of
JACOB GUTIERREZ,

    Plaintiff,

v.                                                        No.: 2:24-CV-00555-GJF-KRS

OTERO COUNTY BOARD OF COUNTY
COMMISSIONERS, NENA SISLER,
SUSIE LOEWEN, LAUREN OBERLANDER,
VITAL CORE HEALTH STRATEGIES, LLC,
ANDREA STAFFORD, and MARK LAIN.

    Defendants.

## ORDER EXTENDING TIME FOR SERVICE ON DEFENDANTS

THIS MATTER having come before the Court on Plaintiff's *Second Unopposed Motion to Extend Time for Service on Defendant pursuant to Fed. R. Civ. P. 4(m)*, [Doc. No. 21], the motion having been reviewed, and the Court being fully advised in the premises, the Court finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion is granted. Plaintiff is hereby granted an additional ninety (90) days to serve Defendant Lauren Oberlander, making the new service deadline February 6, 2025.

IT IS SO ORDERED this 21st day of October, 2024.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/ *Mallory Gagan*
Mallory Gagan
Attorney for Plaintiff
3800 Osuna Road NE, Ste 2
Albuquerque, NM 87109
(505) 515-0939
mallory@nmpjp.org

Approved as to Form:

/s/ Electronically approved 10/17/24
Taylor S. Rahn
*Attorney for Defendants Otero County, Nena Sisler, and Susie Loewen*
20 First Plaza Ctr. NW, Suite 500
Albuquerque, NM 87102
taylor@roblesrael.com

/s/ Electronically approved 10/17/24
James J. Grubel
*Attorney for Vital Core Health Systems, LLC and Andrea Stafford*
3840 Masthead Street, N.E.
Albuquerque, NM 87109
jgrubel@parklawnm.com